154 A.3d 685

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
LOUIS P. URCINOLI, DEFENDANT-PETITIONER.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004876-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 685

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. OMAR F. LEWIS, DEFENDANT-PETITIONER.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001001-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.